WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 477-9200
rfinlay@wrightlegal.net; pwatson@wrightlegal.net

**JS-6**

Attorneys for COMPASS BANK and ROUNDPOINT MORTGAGE SERVICING CORPORATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASS BANK, an Alabama Corporation,<br><br>    Plaintiff,<br> vs.<br>CHRISTOPHER M. PETERSEN, an individual; CAROLINA L. PETERSEN, an individual; CP FINANCIAL AND CP REALTY, INC., a California Corporation; THE STRUNZO DEVELOPMENT CORPORATION OF CALIFORNIA aka STRUNZO DEVELOPMENT CORPORATION, a California Corporation, and Does 1 through 10, Inclusive,<br><br>    Defendants.<br><br>CHRISTOPHER M. PETERSEN, an individual; CAROLINA L. PETERSEN, an individual,<br><br>    Plaintiffs,<br> vs.<br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida corporation, et al.<br><br>    Defendants. | **Case No. EDCV 11-00871 VAP (DTBx)**<br><br>Related Case: EDCV 11-01201 VAP (OPx)<br><br>**ORDER DISMISSING ACTION AND RELATED-ACTION WITH PREJUDICE** |

-1-
[PROPOSED] ORDER DISMISSING THE ACTION AND RELATED-ACTION WITH PREJUDICE

The Court, having considered the Stipulation for Order Dismissing the above-referenced Action and Related-Action with Prejudice entered into between COMPASS BANK ("Compass"), ROUNDPOINT MORTGAGE SERVICING CORPORATION ("RoundPoint"), Christopher M. Petersen ("Mr. Petersen"), Carolina L. Petersen ("Mrs. Petersen") and CP Financial and CP Realty, Inc. ("CP") (collectively the "Petersens") (hereinafter, collectively the "Parties"), and for good cause appearing, orders as follows:

1. The above-referenced Action identified as Case Number EDCV 11-00871 VAP (DTBx) is dismissed in its entirety, as to all remaining defendants, with prejudice; and

2. The above-referenced Related-Action identified as Case Number EDCV 11-01201 VAP(OPx) is dismissed in its entirety, as to all remaining defendants, with prejudice.

IT IS SO ORDERED.

Dated: August 14, 2013____   ____

*Virginia A. Phillips*

Judge of the United States District Court

[PROPOSED] ORDER DISMISSING THE ACTION AND RELATED-ACTION WITH PREJUDICE